AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; and, ATLANTIC RECORDING CORPORATION, a Delaware corporation,

V.

LYNNE MURPHY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

C 03 4077 MJJ

E-filing

**TO:**
LYNNE MURPHY
1801 Chula Vista Dr.
Belmont, CA 94002

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

HOWARD A. SLAVITT (State Bar No. 172840)     Phone: (415) 391-4800
JULIE GREER (State Bar No. 200479)           Fax: (415) 989-1663
ZUZANA SVIHRA (State Bar No. 208671)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                  SEP 8 2003
CLERK                               DATE

Helen L. Almacen

(BY) DEPUTY CLERK

ZUZANA SVIHRA (SBN 208671)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111
Telephone: (415) 391-4800
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ARISTA RECORDS, INC., et al.
Defendant : LYNNE MURPHY

Ref#: 129582          *   **PROOF OF SERVICE**   *   Case No.: C03-4086 MJJ

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR COPYRIGHT INFRINGEMENT; NOTICE TO DEFENDANT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF NEED FOR ADR PHONE CONFERENCE; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; ELECTRONIC CASE FILING PROGRAM INFORMATION; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; U.S. DISTRICT COURT, SAN FRANCISCO, INFORMATION

in the within action by personally delivering true copies thereof to the person named below, as follows:

        Party served    : LYNNE MURPHY

        By serving      : Lynne Murphy, Personally

        Address         : (Home)
                          1801 Chula Vista Drive
                          Belmont, CA 94002

        Date of Service: September 10, 2003

        Time of Service: 6:50 PM

Person serving:
ANDY PURNAMA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $55.00
Registered California process server.
(1) Employee or Independant Contractor
(2) Registration no.: 719
(3) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 11, 2003              Signature _____